**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Azza BASSIOUNY, Defendant–
Appellant.**

**No. 12–40269
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 8, 2013.

Richard John Johnson, Assistant U.S. Attorney, U.S. Attorney's Office, Sherman, TX, Shamoil T. Shipchandler, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, Robert Austin Wells, Esq., Assistant U.S. Attorney, U.S. Attorney's Office Tyler, TX, for Defendant–Appellant.

Azza Bassiouny, Fort Worth, TX, pro se.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Azza Bassiouny has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Bassiouny has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal pres-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.